**Order entered June 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01591-CR

### CHARLES LEE GALLAMORE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-85499-2013**

## ORDER

The Court **REINSTATES** the appeal.

On May 8, 2015, we ordered the trial court to make findings regarding the reporter's record and whether appellant is indigent. We **ADOPT** the findings that: (1) appellant is indigent; (2) appellant is entitled to proceed without payment for the reporter's record; (3) appellant wishes to be represented by counsel on appeal; (4) the trial court appointed Dana Lim to represent appellant; (5) Thomas Mullins is the court reporter who recorded the proceedings; and (6) Mr. Mullins represented the reporter's record could be filed by July 27, 2015.

We **DIRECT** the Clerk of this Court to list Dana Lim as appellant's appointed attorney of record.

We **STRIKE** the pro se brief tendered by appellant on April 30, 2015.

We **ORDER** court reporter Thomas Mullins to file the reporter's record by **MONDAY, JULY 27, 2015**.  Due to the length of the extension given, no further extensions will be granted absent a showing of extraordinary circumstances.

We **DIRECT** the Clerk to send copies of this order to Thomas Mullins, official court reporter, County Court at Law No. 1; Dana Lim; and the Collin County District Attorney's Office.

/s/     ADA BROWN
JUSTICE